**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. __**25-1066**__

Caption: __**International Brotherhood of Electrical Workers, Local Union 29, AFL-CIO v. Energy Harbor Nuclear Corp.**__

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $605.00 | |
| Brief | 8 | 45 | $0.10 | $4.00 | $2.00 | | $84.00 | |
| Reply Brief | 8 | 15 | $0.10 | $4.00 | $2.00 | | $60.00 | |
| Appendix | 5 | 227 | $0.10 | $4.00 | $2.00 (for 4 copies) | | $141.50 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ **890.50** | $ |

Brief Produced by Reproduction: ☐      Brief Produced by Photocopy:      ☒

In House:      ☒

Commercial:      ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, __W. Eric Baisden__, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

__/s/ W. Eric Baisden__                                        __4/6/2026__

Signature                                                                Date

Attorney for: __Appellant Energy Harbor Nuclear Corp.__

**A certificate of service must accompany this form.**

# PROOF OF SERVICE

The foregoing Bill of Costs of Defendant-Appellant Energy Harbor Nuclear Corporation n/k/a Vistra Nuclear Operations Company has been served upon all counsel of record this 6th day of April, 2026, through the Court's electronic filing system.

/s/ W. Eric Baisden
Attorney for Defendant-Appellant Energy Harbor Nuclear Corporation n/k/a Vistra Nuclear Operations Company